IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PACESETTER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the request of a third party for reissuance of a restitution check. The third party has supplied me with additional required information that I requested.

IT IS ORDERED:

1. The third party's request is granted; and

2. The Clerk is directed to reissue the check for restitution issued to Rebecca S. Vahsholtz, and to mail the check to Ms. Vahsholtz at 3230 Grandview St., Wichita, KS 67218.

DATED this 1st day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge